IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLORIA A. WILLIS                                                                              PLAINTIFF

VS.                                          CASE NO. 04-CV-1106

PILGRIM'S PRIDE CORPORATION                                                 DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant Pilgrim's Pride Corporation. (Doc. No. 26). Plaintiff Gloria A. Willis had filed a response. (Doc. Nos. 40, 43 and 44). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the motion should be and hereby is **granted**. Plaintiff Gloria A. Willis' claims against Defendant Pilgrim's Pride Corporation are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 27th day of July, 2006.

                                                                           /s/Harry F. Barnes
                                                                           Hon. Harry F. Barnes
                                                                           United States District Judge