IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLORIA A. WILLIS                                                                                PLAINTIFF

v.                        Civil No. 04-1106

PILGRIMS PRIDE CORPORATION                                  DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now pending before the court is plaintiff's motion (Doc. 50) for leave to appeal in forma pauperis (IFP). This motion has been referred to the undersigned by the district court (Doc. 51.) On July 27, 2006, the district court granted defendant's summary judgment motion and entered a judgment in favor of the defendant, finding that Willis had failed to provide the court with any evidence that would create a genuine issue of material fact from which a jury could find discrimination by the defendant based on race, gender, religion, or retaliation. (Docs. 46-48.)

Thereafter, the plaintiff filed a notice of appeal (Doc. 49). The plaintiff also filed a motion for leave to appeal as a pauper (Doc. 50) and has completed an IFP application. According to this application, plaintiff's only income is from child support payments. From the application, it is found that plaintiff is unable to pay the filing fee for this appeal. *See* 28 U.S.C. § 1915(a)(1).

However, 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." For the reasons stated in memorandum opinion, it was found that no genuine issue of material fact existed and thus the court granted defendant's motion for summary judgment. Therefore, this appeal is not taken in good faith. Accordingly, plaintiff's application to proceed IFP on appeal should be

AO72A
(Rev. 8/82)

denied.

I recommend that the district court direct plaintiff to pay the full filing fee of $455.00 within one month from the date of the order or renew her application to proceed IFP with the United States Court of Appeals for the Eighth Circuit.

**The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of September 2006.

                                         **/s/ Bobby E. Shepherd**
                                         _____
                                         HON. BOBBY E. SHEPHERD
                                         UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)